Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
TEL: (831) 333-0321
FAX: (831)333-9012
sshaffman@aol.com

Attorney for Plaintiff,
REFUGIO MELGOZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REFUGIO MELGOZA** <br><br> Plaintiff, <br> vs. <br><br> **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** <br><br><br> **Defendants.** | CASE NO.: <br><br> **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** <br><br> [29 U.S. CODE SEC. 1132 (a)(1)(B)] |

Plaintiff REFUGIO MELGOZA alleges:

**JURISDICTION**

1. Plaintiff REFUGIO MELGOZA is an individual residing in Alemeda County, California.

2. Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("PRUDENTIAL") is a business organization doing business in the State of California as an insurer, with a principal place of business in the State of New Jersey.

3. This action is brought under the Employee's Retirement Income Security Act of 1974, 29 U.S.

COMPLAINT                                         1

Code Section 1002, et. seq. (ERISA), as it involves employer-sponsored group disability insurance plans.

4. This court therefore has subject matter jurisdiction under 29 U.S.C. Sec. 1332(e)(1)

### INTRADISTRICT ASSIGNMENT

5. Plaintiff was a resident of Alameda County, California when the contract was entered into and when the claims were made and the insurance contract was to be performed in Alameda County; therefore, a substantial part of the events which gave rise to this claim occurred in Alameda County.

6. Accordingly, this case should be assigned to the Oakland Division of the USDC for the Northern District of California, under Civil Local Rule 3-2c).

### First Cause of Action

### CLAIMS FOR BENEFITS UNDER ERISA

7. On or about May 5, 2019, plaintiff was insured under a group Long Term Disability ("LTD") insurance policy issued by defendant PRUDENTIAL provided through his employer Tesla, Inc.

8. At all times herein mentioned the LTD policy was in full force and effect; plaintiff had paid policy premiums in full, and otherwise performed all obligations under the policy.

9. On or about May 5, 2019, plaintiff suffered a covered loss when he became disabled under the terms of the PRUDENTIAL LTD policy.

10. Plaintiff made timely notice of claim, claim number 12623521.

11. After the 180 day elimination period, benefits were payable beginning November 1, 2019; PRUDENTIAL paid benefits for approximately 16 months.

12. On or about March 9, 2021, PRUDENTIAL terminated the benefit, effective March 1, 2021 and denied additional benefits.

13. Plaintiff timely filed an administrative appeal under the terms of the PRUDENTIAL LTD policy

14. On or about September 17, 2021 PRUDENTIAL denied the administrative appeal of the LTD claim.

15. Plaintiff has been disabled under the terms of the LTD policy since May 5, 2019 and continues to be so disabled as of the filing of this complaint.

16. Plaintiff has been entitled to LTD benefits of approximately $2220 per month since April 1, 2021 and is entitled to that monthly benefit trough November 1, 2021.

WHEREFOR, Plaintiffs prays Judgment against defendant PRUDENTIAL as follows:

1. For long term disability policy benefits, in an amount according to proof, estimated to be $17,600.
2. For reasonable attorneys fees in obtaining policy benefits, under the provisions of ERISA.
3. For costs of suit herein.
4. For such other relief as the court deems proper.

Dated:   10/20/2021                              /S/ Scott E. Shaffman

                                                           SCOTT E. SHAFFMAN, Attorney for Plaintiff