1  Jason A. James (Bar No. 265129)
   jjames@mmhllp.com
2  Patricia A. Ellis (Bar No. 130044)
   pellis@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
4  Los Angeles, California 90017-2457
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
7  AMERICA

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | REFUGIO MELGOZA,                          ) Case No. 3:21-cv-08820-WHO
                                              )
12 |         Plaintiff,                       ) **STIPULATION TO DISMISS ENTIRE**
                                              ) **ACTION WITH PREJUDICE; AND**
13 |     vs.                                  ) **ORDER**
                                              )
14 | THE PRUDENTIAL INSURANCE COMPANY ) Judge: Hon. William H. Orrick
     OF AMERICA,                              )
15 |                                          ) Complaint Filed: November 12, 2021
             Defendant.                       )
16 |_____)

17

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178432.1

Case No. 3:21-cv-08820-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between plaintiff REFUGIO MELGOZA and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: February 17, 2022                Scott E. Shaffman

                                        By:  */s/ Scott E. Shaffman*
                                             Scott E. Shaffman
                                             Attorney for Plaintiff
                                             REFUGIO MELGOZA

Dated: February 17, 2022                Jason A. James
                                        Patricia A. Ellis
                                        MESERVE, MUMPER & HUGHES LLP

                                        By:  */s/ Jason A. James*
                                             Jason A. James
                                             Attorneys for Defendant
                                             THE PRUDENTIAL INSURANCE
                                             COMPANY OF AMERICA

**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178432.1

1

Case No. 3:21-cv-08820-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

## **ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:21-cv-08820-WHO, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: February 18, 2022

_____
HON. WILLIAM H. ORRICK
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178432.1

2

Case No. 3:21-cv-08820-WHO
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER